### G. CASSANOVA V. THE STATE.

#### No. 3417.    Decided February 10, 1915.

**Assault to Murder—Statement of Facts—Practice on Appeal.**

   In the absence of a statement of facts, a complaint in the motion for new trial that the verdict of the jury is contrary to the law and the evidence can not be considered on appeal.

Appeal from the District Court of Bexar. Tried below before the Hon. W. S. Anderson.

Appeal from a conviction of assault with intent to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of assault with intent to murder and his punishment assessed at two years confinement in the State penitentiary.

The only ground in the motion for a new trial claims that a new trial should be granted "because the verdict of the jury is contrary to the law and the evidence." As no statement of the evidence heard on the trial accompanies the record before us, we can not review that ground.

The judgment is affirmed.

*Affirmed.*